

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00320-CR

## IN RE DAVID D. ANDERSON

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed November 1, 2012
Do not publish
[CR25]